# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
March 25, 2026

Lyle W. Cayce
Clerk

No. 25-20323
Summary Calendar
_____

MITCHELL CROCKER,

*Plaintiff—Appellant*,

*versus*

CENTERPOINT ENERGY,

*Defendant—Appellee*.

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:24-CV-1051

_____

Before HIGGINBOTHAM, ENGELHARDT, and RAMIREZ, *Circuit Judges*.

PER CURIAM:[*]

After being terminated by CenterPoint Energy, Mitchell Crocker sued for retaliation under the Americans with Disabilities Act, 42 U.S.C. § 12203, retaliation under Texas Labor Code § 21.055, and defamation. The district court granted CenterPoint Energy's motion for summary judgment, dismissed all of Crocker's claims, and denied his various motions. The

_____

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 25-20323

district court determined that Crocker abandoned his ADA retaliation claim, presented no evidence of causation supporting his retaliation claim under Texas law, and presented no evidence of a defamatory statement. The court has carefully reviewed the briefs, records, and applicable law. We find no error in the district court's grant of summary judgment. And because Crocker failed to adequately brief how the district court erred in denying his motions, he has forfeited those challenges. *See Nichols v. Enterasys Networks, Inc.*, 495 F.3d 185, 190 (5th Cir. 2007).

Finding no reversible error, the judgment is AFFIRMED.[1]

---

[1] Crocker asks the court to take judicial notice of certain adjudicative facts pursuant to Federal Rule of Evidence 201. Because these facts are not the proper subject of judicial notice, his motions for judicial notice are DENIED.